IN THE UNITED STATES DISTRICT COURT FOR

THE WESTERN DISTRICT OF OKLAHOMA

THOMAS L. HONEYCUTT, )
)
           Plaintiff, )
)
vs. ) No. CIV-08-140-W
)
JOHN W. MITCHELL et al., )
)
           Defendants. )

## ORDER

On September 22, 2008, United States Magistrate Judge Robert E. Bacharach issued a Report and Recommendation regarding the Motion for Temporary Restraining Order filed by plaintiff Thomas L. Honeycutt. Magistrate Judge Bacharach recommended that the Court deny Honeycutt's request that the Court restrain the Oklahoma Department of Corrections and its employees from interfering with Honeycutt's access to the law library at Jackie Brannon Correctional Center. The parties were advised of their right to object to the Report and Recommendation, but no objection has been filed within the allotted time.

Upon review of the record, the Court concurs with Magistrate Judge Bacharach's suggested disposition of Honeycutt's Motion for Temporary Restraining Order. Compliance with the requirements of Rule 65(b), F.R.Civ.P., is essential, and in the absence of a satisfactory showing of such compliance, the Court finds that Honeycutt is not entitled to this extraordinary remedy.

Accordingly, the Court

(1) ADOPTS the Report and Recommendation [Doc. 110] issued on September 22, 2008; and

(2) DENIES Honeycutt's Motion for Temporary Restraining Order [Doc. 83] file-stamped July 14, 2008.

ENTERED this 23rd day of October, 2008.

/s/ Lee R. West
LEE R. WEST
UNITED STATES DISTRICT JUDGE